NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1513

### INEOS FLUOR LTD., INEOS FLUOR AMERICAS, LLC and INEOS FLUOR HOLDINGS LTD.,

Appellants,

v.

### INTERNATIONAL TRADE COMMISSION,

Appellee,

and

### SINOCHEM MODERN ENVIRONMENTAL PROTECTION CHEMICALS (XI'AN) CO. LTD., SINOCHEM ENVIRONMENTAL PROTECTION CHEMICALS (TAICANG) CO., LTD., SINOCHEM NINGBO LTD., and SINOCHEM (U.S.A.) INC.,

Intervenors.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-623.

ON MOTION

ORDER

The appellee and intervenors move for a 60-day extension of time, until April 19, 2010, to file their responsive briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 03 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 03 2010

JAN HORBALY
CLERK

cc: Paul F. Brinkman, Esq.
    Paul M. Bartkowski, Esq.
    Thomas J. Wimbiscus, Esq.

s21